JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY ALEMAN, | CASE NO. 5:21-cv-01954-SVW (SK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVID HOLBROOK, Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that this action is dismissed for lack of jurisdiction.

DATED: January 28, 2022

HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE